# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

FILED 18 MAR -9 AM 11:31

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>V.<br>Eutimio Braulio Rodriguez (1) | **JUDGMENT IN A CRIMINAL CASE**<br>(For Revocation of Probation or Supervised Release)<br>(For Offenses Committed On or After November 1, 1987)<br><br>Case Number: 17cr7108-JLS<br><br>Federal Defenders, Inc., by: Serena Premjee<br>Defendant's Attorney |

**REGISTRATION NO.** 02115359

☐ 

☒ admitted guilt to violation of allegation(s) No.     1

☐ was found guilty in violation of allegation(s) No.           after denial of guilty.

Accordingly, the court has adjudicated that the defendant is guilty of the following allegation(s):

| **Allegation Number** | **Nature of Violation** |
|---|---|
| 1 | nv1, Committed a federal, state, or local offense |

**FILED JUN 19 2018**
CLERK US DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY

Supervised Release is revoked and the defendant is sentenced as provided in page 2 through 2 of this judgment.
The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

IT IS ORDERED that the defendant shall notify the United States attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid. If ordered to pay restitution, the defendant shall notify the court and United States attorney of any material change in the defendant's economic circumstances.

March 2, 2018
Date of Imposition of Sentence

HON. Janis L. Sammartino
UNITED STATES DISTRICT JUDGE

RECEIVED U.S. MARSHALS-S/CA 2018 JUN 18 PM 3:04

17cr7108-JLS

| DEFENDANT: | Eutimio Braulio Rodriguez (1) | Judgment - Page 2 of 2 |
|---|---|---|
| CASE NUMBER: | 17cr7108-JLS | |

## IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a term of: Six (6) months to run consecutive with sentence imposed in 17cr0835-JLS

☐ Sentence imposed pursuant to Title 8 USC Section 1326(b).
☐ The court makes the following recommendations to the Bureau of Prisons:

☐ The defendant is remanded to the custody of the United States Marshal.

☐ The defendant shall surrender to the United States Marshal for this district:

☐ at _____ A.M. on _____

☐ as notified by the United States Marshal.

☐ The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons:

☐ on or before

☐ as notified by the United States Marshal.

☐ as notified by the Probation or Pretrial Services Office.

## RETURN

I have executed this judgment as follows:

Defendant delivered on  5-17-2018  to  FCI Herlong

at  Herlong, CA , with a certified copy of this judgment.

J- Salazar
~~UNITED STATES MARSHAL~~ uwda

M-Torres
CSO

17cr7108-JLS